Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. 69227.**—Stern & Stern Textiles, Inc. *v.* United States, protest 64/6431 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 8, 1965

**No. 69228.**—Micro Auto Imports and Mini Auto of California *v.* United States, protests 64/3022(A) and 64/7371 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69229.**—Shalom & Co. and Windsor Pen Mfg. Co., Inc. *v.* United States, protests 62/18086 and 62/6071 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of plastic cases permanently fitted and furnished with traveling sets similar in use to leather cases and that the principles are the same as those involved in Abstract 64484, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 8, 1965

**No. 69230.**—Knit-Wits *v.* United States, protest 63/21717 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 69231.—Coles Cranes, Inc. v. United Sttaes, protests 61/6135–11757, 61/6138–11820, and 61/6139–11905 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

No. 69232.—Volvo Western Distributing, Inc., et al. v. United States, protests 63/1071, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise consist of metal and rayon safety belts, which are manufactures in chief value of metal, the claim of the plaintiffs was sustained.

APRIL 5, 1965

No. 69233.—Shell Oil Co. v. United States, protest 195630–K.—

—C.D. 2509. Plaintiff's application for rehearing denied by order of RICHARDSON, J.; DONLON, J., concurring.

RICHARDSON, Judge: This case is before the court upon a motion for rehearing made by the plaintiff against a decision by this court, *Shell Oil Co.* v. *United States*, 54 Cust. Ct. 64, C.D. 2509. The motion is opposed by the defendant.

The plaintiff filed a protest claiming clerical error under 19 U.S.C.A., section 1520(c)(1) (Tariff Act of 1930, section 520(c)(1)), in that a premature liquidation of an entry subject to tariff quota had been made prior to receipt of the letter from the Bureau of Customs officially advising the date the quota had been filled. A stipulation was submitted reciting these facts and stating that the rate